**Opinion issued March 31, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-26-00058-CV
_____

**ASHLEY BAKER, Appellant**

**V.**

**CHRISTOPHER BECK AND BAKER & BECK, PLLC, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-72190**

---

## MEMORANDUM OPINION

Appellant Ashley Baker filed a notice of appeal challenging the trial court's order signed on August 18, 2025. Although the August 18 order stated that the trial court "will vacate the Final Judgment signed on July 2, 2025," the language vacating the judgment was crossed out, making it unclear whether the trial court

intended to vacate the judgment. As a result, on February 10, 2026, we abated the appeal and remanded to the trial court for clarification.

On March 26, 2026, appellant filed an unopposed motion to dismiss the appeal asserting that the trial court held a hearing on March 25, 2026, and signed an amended order that clarified that the July 2 final judgment was vacated. Appellant requested that we dismiss the appeal as "there is no final judgment to appeal."

We reinstate and grant Appellant's motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.